**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 96-6163**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ARTHUR LEE TILLMAN,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, District Judge. (CR-92-270, CA-95-398-3-MU)

───────────────

Submitted: June 20, 1996          Decided: July 1, 1996

───────────────

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Arthur Lee Tillman, Appellant Pro Se. Robert Jack Higdon, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting the Government's motion for an extension of time in which to respond to Appellant's 28 U.S.C. § 2255 (1988) motion. We deny a certificate of appealability and dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We deny a certificate of appealability and dismiss the appeal as interlocutory. We deny Appellant's motion for the preparation of transcripts at the Government's expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2